**UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

RE: JOE PETER MAZZUCA ) Case No. 14 B 45728
)
Debtor ) Chapter 13
)
) Judge: JANET S BAER

## NOTICE OF MOTION

JOE PETER MAZZUCA

6650 W ALBION AVE
NILES, IL 60714

SULAIMAN LAW GROUP LTD
via Clerk's ECF noticing procedures

Please take notice that on April 02, 2015 at 10:30 am my designee or I will appear before the Honorable Judge JANET S BAER at 219 South Dearborn Courtroom 615, Chicago, IL and present the motion set forth below.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E Monroe St., Chicago, IL or by the methods indicated on January 21, 2015.

/s/ Tom Vaughn

## TRUSTEE'S MOTION TO DISMISS CASE FOR FAILURE TO PROVIDE COPY OF TAX RETURN OR TRANSCRIPT

Now comes Tom Vaughn, Trustee in the above entitled case and moves the Court to dismiss this case in support thereof states:

1. Debtor filed the above captioned case on December 24, 2014.

2. Pursuant to 11 U.S.C. § 521 (e) (2) (A), Debtor shall provide to the Trustee a copy of the Federal income tax return required under applicable law or a tax transcript for the most recent tax year ending immediately before the commencement of the case and for which a Federal income tax return was filed "not later than seven days before the date first set for the meeting of creditors".

3. Debtor has failed to comply with 11 U.S.C. § 521 (e) (2) (A) which is ground for dismissal pursuant to § 521 (e) (2) (B) and 11 U.S.C. § 1307 (c).

WHEREFORE, the Trustee prays that this case be dismissed, or for other relief the court deems proper.

Respectfully submitted,

/s/ Tom Vaughn

TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
(312) 294-5900